

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:  Nkrumah Lumumba Valier v. The State of Texas

Appellate case number:  01-21-00050-CR

Trial court case number:  1030025

Trial court:  184th District Court of Harris County

It is ordered that Appellant's motion for rehearing is **denied**.

It is ordered that Appellant's motion for injunction is **denied.**

Judge's signature:  /s/ Veronica Rivas-Molloy
Acting for the Court

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

Date:  August 24, 2021